IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL CASE NUMBER: |
| v. | 1:13-CR-0039-WBH-JSA |
| JESUS BOCANEGRA,<br>RAUL MIRAMONTES and<br>JOSE LUIS VILLEGAS-MACIAS<br>    Defendants | |

## ORDER AND REPORT AND RECOMMENDATION

On February 26, 2014, the undersigned issued an Order and Report and Recommendation to the District Court granting the motions to adopt by Defendants Jesus Bocanegra and Raul Miramontes and recommending that those adopted motions be denied by the District Court [118]. The adopted motions have now been separately docketed and appear as separate motions at docket numbers 113 through 117. These are not new motions but rather simply reflect the adoptions by various defendants of each other's motions. The Court has already recommended that these motions be denied. Thus, for clarification purposes, the Court also RECOMMENDS that motions [113] [114] [115] [116] and [117] all also be DENIED for the same reasons as set forth in the prior Order and Report and Recommendation [110].

With no other pretrial matters pending, this case is **READY FOR TRIAL**.

**IT IS SO ORDERED** this 3rd day of March, 2014.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE